MARTHA C. LUEMERS (SBN 104658)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
E-Mail: efilingpa@dorsey.com
luemers.martha@dorsey.com

STEVEN J. WELLS, *Pro Hac Vice*
HEATHER M. MCCANN, *Pro Hac Vice*
DORSEY & WHITNEY LLP
50 South Sixth St., Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-8800
E-Mail: wells.steve@dorsey.com
mccann.heather@dorsey.com

Attorneys for Plaintiffs
ST. JUDE MEDICAL (HONG KONG) LIMITED,
ST. JUDE MEDICAL JAPAN CO., LTD., formerly known as GETZ BROS. CO., LTD., and
ST. JUDE MEDICAL AUSTRALIA PTY. LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. JUDE MEDICAL (HONG KONG) LIMITED; ST. JUDE MEDICAL JAPAN CO., LTD., formerly known as GETZ BROS. CO., LTD., and ST. JUDE MEDICAL AUSTRALIA PTY. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>CONOR MEDSYSTEMS, LLC, and CONOR MEDSYSTEMS, INC.,<br><br>Defendants. | CASE NO. 11 CV 2116 JCS<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Plaintiffs St. Jude Medical (Hong Kong) Limited, St. Jude Medical Japan Co., Ltd., and St. Jude Medical Australia Pty. Ltd., and defendants Conor Medsystems, LLC and Conor Medsystems, Inc., by and through their counsel, hereby stipulate pursuant to Civil Local

-1-

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT –
Case No. 11 CV 2116 JCS**

Rule 6-1 that defendants Conor Medsystems, LLC and Conor Medsystems, Inc. may have an extension of time to and including June 9, 2011, within which to answer or otherwise respond to the complaint herein.

DATED: May 19, 2011    DORSEY & WHITNEY LLP

BY:   /S/ *Martha C. Luemers*
MARTHA C. LUEMERS
STEVEN J. WELLS, *Pro Hac Vice*
HEATHER M. MCCANN, *Pro Hac Vice*
Attorneys for Plaintiffs
ST. JUDE MEDICAL (HONG KONG) LIMITED, ST. JUDE MEDICAL JAPAN CO., LTD., and ST. JUDE MEDICAL AUSTRIALIA PTY. LTD.

DATED: May 19, 2011    QUINN EMANUEL URQUHART & SULLIVAN, LLP

BY:   /S/ *John M. Potter*
JOHN M. POTTER
Attorney for Defendants
CONOR MEDSYSTEMS, LLC, AND CONOR MEDSYSTEMS, INC.

Dated: 5/20/11

IT IS SO ORDERED
Judge Joseph C. Spero

Filer's Attestation of Concurrence by Signatory

I, Martha C. Luemers, counsel for plaintiffs St. Jude Medical (Hong Kong) Limited, St. Jude Medical Japan Co., Ltd., and St. Jude Medical Australia Pty. Ltd., hereby attest that I have obtained the concurrence of John M. Potter in the filing of this document.

   /S/ *Martha C. Luemers*
MARTHA C. LUEMERS

-2-
**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT –
Case No. 11 CV 2116 JCS**